UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEGANNE NATALE and CHELSEA CHENG, on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>EARTH RATED,<br><br>                        Defendant. | Case No. 2:21-cv-05994-ENV-AYS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PUSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Eric N. Vitaliano<br>Hon. Anne Y. Shields |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Court's December 7, 2021 Order, Plaintiffs Meganne Natale and Chelsea Cheng voluntarily dismiss their claims *without prejudice* against Defendant.

Dated: December 7, 2021

                                    Respectfully submitted,

                                    **BURSOR & FISHER, P.A.**

                                    By:   */s/ Max S. Roberts*
                                                Max S. Roberts

Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

*Attorneys for Plaintiffs*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: __12/8/2021__

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The clerk is directed to close the case.